(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
EVERARDO SILVA CEJA

FILED
2005 JUN -7 P 1:43
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF.
BY_____
    DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **CR-F-03-5144 OWW** |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| EVERARDO SILVA CEJA, | |
| Defendant. | |

Defendant, EVERARDO SILVA CEJA, hereby requests leave of this court to substitute ROGER T. NUTTALL of the law firm of NUTTALL & COLEMAN as his attorney in place and stead of ANTHONY P. CAPOZZI, ESQ.

DATED:   June 5, 2005.

_____
EVERARDO SILVA CEJA

I CONCUR WITH SAID SUBSTITUTION.

DATED: June 6, 2005.

_____
ANTHONY P. CAPOZZI

I AGREE TO THE ABOVE SUBSTITUTION.

DATED: June 4, 2005.

NUTTALL & COLEMAN

By: _____
ROGER T. NUTTALL

\*\*\*\*\*\*\*\*\*

**O R D E R**

Good cause appearing,

**IT IS HEREBY ORDERED** that ANTHONY P. CAPOZZI, Attorneyy at Law, is hereby relieved as attorney of record in this matter, and ROGER T. NUTTALL of the law firm of NUTTALL & COLEMAN is substituted in as attorney of record for Defendant, EVERARDO SILVA CEJA.

DATED: June 6, 2005.

_____
ROBERT E. COYLE, Judge
United States District Court

2