UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 1:03-CR-5144 OWW |
| | ) | |
| v. | ) | |
| | ) | RECOMMENDATION TO THE |
| EVERARDO SILVA CEJA, | ) | BUREAU OF PRISONS |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

It is recommended to the Bureau of Prisons that the above defendant not be transported out of the Fresno County Jail any earlier than February 29, 2006.

Dated: December 2, 2005           /s/ OLIVER W. WANGER
                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge

1