UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff           )          1:03-CR-5144 OWW
                                    )
        v.                          )
                                    )
EVERARDO SILVA CEJA,                )
                                    )
                Defendant           )     ORDER GRANTING MOTION TO FURTHER
_____)          STAY TRANSFER OF DEFENDANT

        The motion of the defendant to further stay the transfer of
the defendant from the Fresno County Jail to a Federal Institution
is granted through April 28, 2006.


Dated: March 3, 2006                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1